No. 17,524.

MARY T. HOLLISTER *v.* JAMES L. STAYTON, JR.
(281 P. [2d] 513)

Decided March 21, 1955. Rehearing denied April 7, 1955.

Messrs. RINN & CONNELL, for plaintiff in error.

Messrs WOLVINGTON & WORMWOOD, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.